RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
ROBERT C. MATZ (SBN 217822)
robertmatz@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. and
ASUS COMPUTER INTERNATIONAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>HELFERICH PATENT LICENSING, L.L.C,<br><br>Defendant. | Case No. C 08 04493 BZ<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

Plaintiffs ASUSTeK Computer Inc. and ASUS Computer International hereby dismiss this action and all claims therein against Defendant Helferich Patent Licensing, L.L.C., with prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 2nd day of December, 2008.

                                PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                By:      */s/ Vidya R. Bhakar*
                                                    VIDYA R. BHAKAR

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC.
and ASUS COMPUTER INTERNATIONAL